IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LONDRES INVESTMENTS, LP | § § | |
| VS. | § § | NO. 7:17-CV-00073 |
| PENN-AMERICA INSURANCE COMPANY AND JOHN MCNABB | § § § | JURY DEMANDED |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE U. S. DISTRICT JUDGE:

Plaintiff, LONDRES INVESTMENTS, LP, hereby stipulates to the voluntary dismissal without prejudice of this matter, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), see attached Exhibit "A" signed Cesar Martinez, authorized representative of Plaintiff. Therefore, Plaintiff's claims against Defendants, PENN-AMERICA INSURANCE COMPANY and JOHN MCNABB are hereby dismissed without prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 15th day of August, 2017.

Respectfully submitted,

s/ Jason M. Byrd
Jason M. Byrd
State Bar No. 24036303
Federal ID No. 35780
*Attorney in Charge*
The Byrd Law Firm
448 Orleans Street
(409) 924.0660/ (409) 924.0035

-AND-

CHRIS TAMEZ
State Bar No. 24033256
TAMEZ & ORTEGON, PLLC
1009 East Expressway 83
Pharr, Texas 78577

1

(956) 630-0885 Phone
(956) 683-0485 Fax
Email: tamezandortegon@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record, in accordance with the Federal Rules of Civil Procedure this 15th day of August, 2017.

Richard J. Kasson                    VIA EFILE
Gonzalez, Chiscano, Angulo & Kasson, PC
9601 McAllister Freeway
Suite 401
San Antonio, Texas 78216

                                    s/ Jason M. Byrd
                                    Jason M. Byrd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LONDRES INVESTMENTS, LP,<br>Plaintiff | § § § § § | |
| v. | § § § § | Civil Action No. 7:17-cv-00073 |
| PENN-AMERICA INSURANCE<br>COMPANY and JOHN MCNABB,<br>Defendants | § § § § | |

This will confirm that I, Cesar Martinez, Plaintiff in the above-styled and numbered cause, have decided not to pursue any interests or claims I may have against my insurance company, its agents, representatives or employees, including, but not limited to PENN-AMERICA INSURANCE COMPANY and JOHN MCNABB, Defendants. Accordingly, I request that the Court dismiss my suit in connection with the hailstorm that occurred on or about March 26, 2016, after filing of a Motion by my current counsel of record.

DATED this 14th day of August, 2017.

_____
CESAR MARTINEZ

EXHIBIT
A

THE STATE OF TEXAS   §

COUNTY OF HIDALGO   §

    Before me, the undersigned authority, on this day personally appeared CESAR MARTINEZ, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

    Given under my hand and seal of office this 14th day of August, 2017.

*Cecilia Blanchard*

Cecilia Blanchard
Notary Public for the State of Texas
Notary ID #760956-3

CECILIA BLANCHARD
MY COMMISSION EXPIRES
December 17, 2018